No. 77–6013. WYCHE *v.* WARDEN, MARYLAND PENITENTIARY. C. A. 4th Cir. Certiorari denied.

No. 77–6015. TOLER *v.* WYRICK, WARDEN. C. A. 8th Cir. Certiorari denied.

No. 77–6028. NEWELL ET AL. *v.* DAVIS, CORRECTIONS DIRECTOR, ET AL. C. A. 4th Cir. Certiorari denied.

No. 77–6047. SELBY *v.* NEW YORK. Ct. App. N. Y. Certiorari denied.

No. 77–6058. DOYLE *v.* CHESTER COUNTY WATER RESOURCES AUTHORITY. Pa. Commw. Ct. Certiorari denied.

No. 77–6064. BARRON ET AL. *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 77–6070. SMITH *v.* MABRY, CORRECTION COMMISSIONER. C. A. 8th Cir. Certiorari denied.

No. 77–6109. SCHNITZER *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 77–672. NATIONAL LABOR RELATIONS BOARD *v.* GRAY-GRIMES TOOL CO., INC. C. A. 6th Cir. Certiorari denied. MR. JUSTICE BRENNAN, MR. JUSTICE WHITE, and MR. JUSTICE MARSHALL would grant certiorari.

No. 77–695. AMERICAN PUBLIC GAS ASSN. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION ET AL.; and
No. 77–697. AMERADA HESS CORP. ET AL. *v.* FEDERAL ENERGY REGULATORY COMMISSION. C. A. D. C. Cir. Certiorari denied. MR. JUSTICE STEWART and MR. JUSTICE POWELL took no part in the consideration or decision of these petitions.